DAVIS v. HUNEYCUTT

No. 289P98

Case below: 129 N.C.App. 843

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 5 November 1998.


DEPT. OF TRANSPORTATION v. IRVING

No. 454PA98

Case below: 130 N.C.App. 759

Petition by defendant (Wayne Braswell Manufacturing Homes Corporation) for discretionary review pursuant to G.S. 7A-31 allowed 3 December 1998.


ELLISON v. RAMOS

No. 397P98

Case below: 130 N.C.App. 389

Notice of appeal by defendant pursuant to G.S. 7A-30 (substantial constitutional question) dismissed 5 November 1998. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 5 November 1998.